| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 7/31/15 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 2:30 p.m. |
| | | END TIME: | 2:45 p.m. |
| DOCKET NO. | CV-15-96 | JUDGE: | NG |

CASE NAME:   Cummins v. The City Of New York City et al

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status

APPEARANCES:   Plaintiff   Robert Marinelli
   Defendant   Daniel Braun

SCHEDULING AND RULINGS:

1. The parties have served and responded to discovery requests, and are not working out disputes. The defendants recognize the need to provide information concerning redactions made to some of the documents provided, including the preparation of a privilege log if that is appropriate. They will address that with the plaintiff's counsel next week.

2. The next conference will be held in person on **October 21, 2015 at 10:00 a.m.**