# ROBERT MARINELLI

ATTORNEY
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

July 1, 2016

**VIA ECF**
Hon. Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Cummins v. City of New York, et al.*, 15-CV-0096 (NG)(PK)

Your Honor:

    I am one of the attorneys representing plaintiff. On June 20, 2016 Plaintiff filed acceptance of Defendants' Rule 68 offer. I write, with Defendants' consent, to request that Plaintiff be given until July 22, 2016 to file his motion for Fees and Costs.

                            Yours truly,

                            /s

                            Robert Marinelli

cc:

ACC Daniel M. Braun, NYC Law Department