**LAW OFFICE OF ROBERT MARINELLI**
**305 BROADWAY, 10th Floor**
**NEW YORK, NY  10007**

**Costs for Cummins v. City of New York et als., 15-CV-0096**

| Date | Activity | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/8/2015 | Filing fee | | 400 | 0.00 |
| | Process Service for city and three defendants | | 150 | |
| | **Grand Total** | 0 | 550 | 0.00 |