Afsaan Saleem, Esq.
The Rameau Law Firm
16 Court Street, Suite 2504
Brooklyn, NY 11241

Bill for **Cummins v. City, et. al.**, 15-CV-96 (NG)(PK)

| Date | Type of Work | Hours | Rate | Total |
|---|---|---|---|---|
| 10/12/15 | Emails with RM | 0.3 | $450 | $135.00 |
| 10/12/15 | Reviewed discovery and Drafted motion to compel for RM | 2.5 | $450 | $1,125.00 |
| 10/15/15 | Emais with RM | 0.5 | $450 | $225.00 |
| 10/19/15 | Email to RM | 0.2 | $450 | $90.00 |
| 10/20/15 | Email to and from RM | 0.6 | $450 | $270.00 |
| 10/21/15 | Emails to and from RM | 0.6 | $450 | $270.00 |
| 11/4/15 | Emails with RM | 0.3 | $450 | $135.00 |
| 11/16/15 | Emails with RM | 0.3 | $450 | $135.00 |
| 11/17/15 | emails and Conferral with RM | 1 | $450 | $450.00 |
| 11/17/15 | Review of discovery in prep for conf | 2 | $450 | $900.00 |
| 11/17/15 | Travel to court | 0.3 | $225 | $67.50 |
| 11/17/15 | Court conf | 0.3 | $450 | $135.00 |
| 11/17/15 | Travel from court | 0.3 | $225 | $67.50 |
| 11/17/15 | Prepared and filed Notice of Appearance | 0.2 | $450 | $90.00 |
| 11/17/15 | Email with RM re: conf | 0.2 | $450 | $90.00 |
| 11/24/15 | Email from DB | 0.1 | $450 | $45.00 |
| 11/25/15 | Email from DB | 0.1 | $450 | $45.00 |
| 11/30/15 | Email from RM | 0.1 | $450 | $45.00 |
| 11/30/15 | Email with RM re: 11/25 DB Email | 0.1 | $450 | $45.00 |
| 11/30/15 | Conferrral with AR | 0.5 | $450 | $225.00 |
| 11/30/15 | Emails w/RM re: depos | 0.2 | $450 | $90.00 |
| 12/1/15 | Email to RM | 0.3 | $450 | $135.00 |
| 12/1/15 | Email from RM | 0.2 | $450 | $90.00 |
| 12/1/15 | Email to RM | 0.2 | $450 | $90.00 |
| 12/1/15 | Emails to and from RM | 0.2 | $450 | $90.00 |
| 12/1/15 | Email from DB re: depo dates fro P | 0.1 | $450 | $45.00 |
| 12/1/15 | Email to RM re: draft response | 0.1 | $450 | $45.00 |
| 12/1/15 | Reviewed file and Drafted response to 11/25 letter | 1.5 | $450 | $675.00 |
| 12/7/15 | Email from RM | 0.1 | $450 | $45.00 |
| 12/7/15 | Email from DB | 0.2 | $450 | $90.00 |
| 12/8/15 | Email to RM re: extension request | 0.1 | $450 | $45.00 |
| 12/8/15 | Drafted Motion to extend discovery | 0.2 | $450 | $90.00 |
| 12/8/15 | Filed Motion | 0.1 | $450 | $45.00 |
| 12/9/15 | Drafted Notices of deposition for RM review | 0.5 | $450 | $225.00 |

| Date | Type of Work | Hours | Rate | Total |
|---|---|---|---|---|
| 12/9/15 | Email to RM | 0.1 | $450 | $45.00 |
| 1/14/16 | Email from DB re: depo dates fro P | 0.1 | $450 | $45.00 |
| 1/15/16 | Email to RM | 0.1 | $450 | $45.00 |
| 1/19/16 | Email with RM | 0.5 | $450 | $225.00 |
| 1/19/16 | Emails with DB | 0.2 | $450 | $90.00 |
| 1/19/16 | Email with RM | 0.2 | $450 | $90.00 |
| 1/22/16 | Email with DB | 0.2 | $450 | $90.00 |
| 2/1/16 | Emails with RM | 0.2 | $450 | $90.00 |
| 2/3/16 | Emails to and from RM | 0.3 | $450 | $135.00 |
| 2/3/16 | Drafted and Emailed Supplemental Disclosures | 0.5 | $450 | $225.00 |
| 2/11/16 | Communication with RM re: conf | 0.3 | $450 | $0.00 |
| 2/11/16 | Communication with Ct re: conf | 0.2 | $450 | $0.00 |
| 2/11/16 | Email to RM about Notices of Depos | 0.1 | $450 | $45.00 |
| 2/22/16 | Emails with RM re: depo of P | 0.3 | $450 | $135.00 |
| 2/23/16 | Email to RM | 0.1 | $450 | $45.00 |
| 2/23/16 | Review of file for prep for depo | 2.1 | $450 | $945.00 |
| 2/24/16 | Travel to RM office | 0.4 | $225 | $90.00 |
| 2/24/16 | P  Depo Prep | 0.6 | $450 | $270.00 |
| 2/24/16 | Travel to Dep | 0.3 | $225 | $67.50 |
| 2/24/16 | Depo | 7.3 | $450 | $3,285.00 |
| 2/24/16 | Travel from Depo | 0.4 | $225 | $90.00 |
| 2/26/16 | Emails to DB re: discovery extension | 0.2 | $450 | $90.00 |
| 2/26/16 | Emails with RM re: extension | 0.2 | $450 | $90.00 |
| 2/26/16 | Drafted Motion to extend discovery | 0.2 | $450 | $90.00 |
| 3/8/16 | Emails with RM re conf | 0.1 | $450 | $45.00 |
| 3/8/16 | Emails with DB re: depos | 0.2 | $450 | $90.00 |
| 3/8/16 | Prep for conf | 1.6 | $450 | $720.00 |
| 3/9/16 | Travel to Conference | 0.3 | $225 | $67.50 |
| 3/9/16 | Court Conference | 0.3 | $450 | $135.00 |
| 3/9/16 | Travel back | 0.3 | $225 | $67.50 |
| 3/9/16 | Emails with RM post conf | 0.2 | $450 | $90.00 |
| 3/30/16 | Email with RM | 0.1 | $450 | $45.00 |
| 4/5/16 | Emails with RM | 0.2 | $450 | $90.00 |
| 4/5/16 | Email to DB | 0.2 | $450 | $90.00 |
| 4/6/16 | Email from DB | 0.2 | $450 | $90.00 |
| 4/6/16 | Emails with DB | 0.2 | $450 | $90.00 |
| 4/6/16 | Email with RM | 0.2 | $450 | $90.00 |
| 4/6/16 | Phone call with DB | 0.3 | $450 | $135.00 |
| 4/6/16 | Emails with DB re: scheduling | 0.2 | $450 | $90.00 |
| 4/7/16 | Email from RM | 0.2 | $450 | $90.00 |
| 4/7/16 | Emails with DB re: extension for settlement | 0.5 | $450 | $225.00 |

| Date | Type of Work | Hours | Rate | Total |
|---|---|---|---|---|
| 4/7/16 | Review of work product | 0.8 | $450 | $360.00 |
| 4/8/16 | Drafted Motion to extend discovery | 0.3 | $450 | $135.00 |
| 4/14/16 | Email with DB | 0.3 | $450 | $135.00 |
| 4/14/16 | Emails with RM | 0.3 | $450 | $135.00 |
| 4/15/16 | Email from RM re: outstanding discovery | 0.2 | $450 | $90.00 |
| 4/18/16 | Phone call with DB | 0.3 | $450 | $135.00 |
| 4/18/16 | Emails with RM | 0.2 | $450 | $90.00 |
| 4/20/16 | Email from RM | 0.1 | $450 | $45.00 |
| 4/22/16 | Emails with RM | 0.3 | $450 | $135.00 |
| 4/22/16 | Email to DB re: depos | 0.2 | $450 | $90.00 |
| 5/3/16 | Email to RM re sett offer | 0.1 | $450 | $45.00 |
| 5/3/16 | Email from RM re: offer | 0.1 | $450 | $45.00 |
| 5/5/16 | Emails from RM and DB | 0.1 | $450 | $45.00 |
| 5/11/16 | Phone call with DB | 0.2 | $450 | $90.00 |
| 5/11/16 | Email with DB | 0.2 | $450 | $90.00 |
| 5/24/16 | Emails with RM | 0.2 | $450 | $90.00 |
| 5/25/16 | Emails with RM | 0.3 | $450 | $135.00 |
| 5/25/16 | Reviewed RM motion to compel | 0.5 | $450 | $225.00 |
| 5/25/16 | Review of file for depos | 1.9 | $450 | $855.00 |
| 5/26/16 | Emails with DB about depos | 0.2 | $450 | $90.00 |
| 5/26/16 | Emails with RM | 0.3 | $450 | $135.00 |
| 5/26/16 | Emails to Ct reporter | 0.2 | $450 | $90.00 |
| | **Total for Underlying Case** | **42.2** | | **$18,247.50** |
| 8/12/16 | Review of Fee Motion | 1.8 | $450 | $810.00 |
| 8/14/16 | Preparation of Declaration for fee Motion | 1.6 | $450 | $720.00 |
| 8/15/16 | Reviewing changes to motion and finalizing motion | 2.1 | $450 | $945.00 |
| | **Total for Fee Motion** | **5.5** | | **$2,475.00** |
| | **Grant Total** | **47.7** | | **$20,722.50** |
| 9/13/16 | Review of defendants' opposition to the fee motion | 0.6 | $450 | $270.00 |
| 9/13/16 | Drafted supplemental affidavit and reviewed emails | 1.9 | $450 | $855.00 |
| 9/13/16 | Drafted sections of reply | 1.8 | $450 | $810.00 |
| 9/22/16 | Researched fee decisions and revised declaration | 1.7 | $450 | $765.00 |
| 9/23/16 | Finalized declaration and section in reply | 0.5 | $450 | $225.00 |
| | **Total for Reply** | **6.5** | | **$1,935.00** |
| | **New Grand Total with Reply** | **54.2** | | **$22,657.50** |