LAW OFFICE OF ROBERT MARINELLI
305 BROADWAY, 10th Floor
NEW YORK, NY  10007

TIME RECORDS AND BILL FOR Cummins v. City of New York et als., 15-CV-0096

| Date | Activity | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/3/14 | Initial TC from Client | 0.5 | 425 | 212.5 |
| 9/9/14 | Meeting with Client | 0.75 | 425 | |
| 9/9/14 | Prepare retainer, 160.50s | 0.9 | 425 | 382.5 |
| 11/13/14 | Meeting with client | 1.2 | 425 | 510 |
| 12/6/14 | TCs w/ client | 0.3 | 425 | 127.5 |
| 12/13/14 | TCs w/ client | 0.6 | 425 | 255 |
| 12/18/14 | Initial draft of complaint | 1.25 | 425 | 531.25 |
| 12/19/14 | Review and finalize complaint for filing | 0.85 | 425 | 361.25 |
| 1/8/15 | Prepare summons and civil cover sheet | 0.7 | 425 | 262.5 |
| 1/8/15 | Filing fee | | 400 | 0 |
| 1/9/15 | Prepare documents for process server | 0.4 | 425 | 150 |
| 1/12/15 | TC to client | 0.3 | 425 | 127.5 |
| | Process  Service for city and defendants | | 150 | |
| 1/30/15 | TC w/Acc | 0.2 | 425 | 85 |
| 2/26/15 | email exchange with ACC | 0.1 | 425 | 42.5 |
| 3/6/15 | telephone calls with P | 0.45 | 425 | 191.25 |
| 4/6/15 | Review D's answer | 0.45 | 425 | 191.25 |
| 4/28/15 | Prepare initial disclosures and First set of discovery demands | 0.95 | 425 | 403.75 |
| 4/29/15 | Travel to Initial Conference | 0.5 | 200 | 100 |
| 4/29/15 | Initial conference | 0.6 | 425 | 255 |
| 4/29/15 | Return from Initial Conference | 0.5 | 200 | 100 |
| 5/29/15 | telephone with client | 0.25 | 425 | 106.25 |
| 6/1/15 | phone with client | 0.3 | 425 | 127.5 |
| 6/11/15 | Telephone with client | 0.2 | 425 | 85 |
| 6/11/15 | Review documents | 0.5 | 425 | 212.5 |
| 6/24/15 | Telephone with client | 0.15 | 425 | 63.75 |
| 6/25/15 | email exchange with ACC | 0.25 | 425 | 106.25 |
| 7/13/15 | email exchange with ACC | 0.45 | 425 | 191.25 |
| 7/16/15 | TC w/client | 0.3 | 425 | 127.5 |
| 7/16/15 | Review and annotate Discovery Responses | 4.25 | 425 | 1806.25 |
| 7/16/15 | Email to DC | 0.1 | 425 | 42.5 |
| 7/21/15 | Review Court's modification to Protective Stip | 0.25 | 425 | 106.25 |
| 7/22/15 | Prepare deficiency letter for ACC | 2.8 | 425 | 1190 |
| 7/23/15 | Review work product | 0.45 | 425 | 191.25 |
| 7/30/15 | email exchange with ACC | 0.1 | 425 | 42.5 |
| 7/30/15 | Prepare for phone conference with Court | 1 | 425 | 425 |
| 7/31/15 | Phone conference with Court | 0.25 | 425 | 106.25 |
| 8/1/15 | Review and Annotate D's First Supp Responses | 2.6 | 425 | 1105 |
| 8/7/15 | Review Ds Privilege Log | 0.15 | 425 | 63.75 |
| 8/19/15 | Review Ds deficiency Letter | 1.2 | 425 | 510 |
| 8/20/15 | Review Defendants' deficiency letter | 1.6 | 425 | 680 |
| 8/27/15 | Respond to  Ds discovery deficiency letter | 2.2 | 425 | 935 |

| Date | Activity | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/9/15 | phone call with client | 0.25 | 425 | 106.25 |
| 10/11/15 | Review AS motion to Compel for Court | 0.7 | 425 | 297.5 |
| 10/12/15 | Emails with AS | 0.3 | 425 | 127.5 |
| 10/12/15 | Reviewed and edited AS motion to compel | 0.95 | 425 | 403.75 |
| 10/15/15 | Emails with AS | 0.5 | 425 | 212.5 |
| 10/19/15 | Email from AS | 0.15 | 425 | 63.75 |
| 10/20/15 | Email to and from AS | 0.6 | 425 | 255 |
| 10/21/15 | Emails to and from AS | 0.6 | 425 | 255 |
| 11/4/15 | Emails with AS | 0.3 | 425 | 127.5 |
| 11/4/15 | Follow up deficiency letter to Ds, review dicovery | 3.2 | 425 | 1360 |
| 11/16/15 | Emails with AS | 0.3 | 425 | 127.5 |
| 11/17/15 | emails and Conferral with AS | 1 | 425 | 425 |
| 11/17/15 | Email with AS re: conf | 0.2 | 425 | 85 |
| 11/30/15 | Review Ds Second Set of Discovery Requests | 0.25 | 425 | 106.25 |
| 11/30/15 | Legal Research - FC Records discoverability | 0.85 | 425 | 361.25 |
| 11/30/15 | Email from AS | 0.1 | 425 | 42.5 |
| 11/30/15 | Email with AS re: 11/25 DB Email | 0.1 | 425 | 42.5 |
| 11/30/15 | phone w/client | 0.25 | 425 | 106.25 |
| 11/30/15 | Emails w/AS re: depos | 0.2 | 425 | 85 |
| 12/1/15 | Email from AS | 0.15 | 425 | 63.75 |
| 12/1/15 | Email from AS | 0.2 | 425 | 85 |
| 12/1/15 | Email from AS | 0.2 | 425 | 85 |
| 12/1/15 | Emails to and from AS | 0.2 | 425 | 85 |
| 12/7/15 | Email to AS | 0.1 | 425 | 42.5 |
| 12/9/15 | Email from AS | 0.1 | 425 | 42.5 |
| 12/9/15 | Prepared Notice of Depositions for Defendants | 0.5 | 425 | 212.5 |
| 1/15/16 | Email from AS | 0.1 | 425 | 42.5 |
| 1/19/16 | Email with AS | 0.5 | 425 | 212.5 |
| 1/19/16 | Email with AS | 0.2 | 425 | 85 |
| 2/1/16 | Emails with AS | 0.2 | 425 | 85 |
| 2/3/16 | Emails to and from AS | 0.3 | 425 | 127.5 |
| 2/11/16 | Communication with AS re: conf | 0.3 | 425 | 127.5 |
| 2/22/16 | Emails with AS re: depo of P | 0.3 | 425 | 127.5 |
| 2/23/16 | Email to AS | 0.1 | 425 | 42.5 |
| 2/26/16 | Emails with AS re: extension | 0.2 | 425 | 85 |
| 3/8/16 | Emails with AS re conf | 0.1 | 425 | 42.5 |
| 3/9/16 | Emails with AS post conf | 0.2 | 425 | 85 |
| 3/30/16 | Email with AS | 0.1 | 425 | 42.5 |
| 4/5/16 | Emails with AS | 0.2 | 425 | 85 |
| 4/6/16 | Email with AS | 0.2 | 425 | 85 |
| 4/7/16 | Email from AS | 0.2 | 425 | 85 |
| 4/8/16 | Review NYPD procedures regarding CED's, P.G. 112-117 | 1.8 | 425 | 765 |
| 4/8/16 | Review work product | 0.8 | 425 | 340 |
| 4/14/16 | Emails with AS | 0.4 | 425 | 170 |
| 4/13/16 | Review Discovery searching for remaining outstanding documents | 3.6 | 425 | 1530 |
| 4/15/16 | Email to ACC re: outstanding discovery | 0.8 | 425 | 340 |
| 4/15/16 | Email to AS re: outstanding discovery | 0.35 | 425 | 148.75 |
| 4/17/16 | Review and annotate Plaintiff's Deposiiton | 3.4 | 425 | 1445 |

| Date | Activity | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/18/16 | Emails with AS | 0.2 | 425 | 85 |
| 4/20/16 | Email to AS, ACC | 0.45 | 425 | 191.25 |
| 4/22/16 | Emails to AS | 0.35 | 425 | 148.75 |
| 5/3/16 | Email from AS re sett offer | 0.1 | 425 | 42.5 |
| 5/3/16 | Email to AS re: offer | 0.1 | 425 | 42.5 |
| 5/19/16 | phone w/ACC | 0.4 | 425 | 170 |
| 5/24/16 | phone call with client | 0.2 | 425 | 85 |
| 5/24/16 | Emails with AS | 0.2 | 425 | 85 |
| 5/25/16 | Letter Motion to Compel | 3.4 | 425 | 1445 |
| 5/25/16 | Emails with AS | 0.3 | 425 | 127.5 |
| 5/26/16 | Emails with AS | 0.3 | 425 | 127.5 |
| | Total | 63.45 | 425 | 26966.25 |

| Date | Activity | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/11/16 | Research for Fee motion, Comps.etc. | 2.2 | 425 | 935 |
| 8/12/16 | Fee Motion | 5.9 | 425 | 2507.5 |
| 8/15/16 | Prepare Declaration and Edit motion | 4.1 | 425 | 1742.5 |
| | Total | 12.2 | 425 | 5185 |

| Date | Activity | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/23/16 | Drafting Fee Reply Motion | 4 | 425 | 1700 |
| 9/25/16 | Drafting Fee Reply Motion and Affirmation | 4.8 | 425 | 2040 |
| 9/26/16 | Edit motion | 2.4 | 425 | 1020 |
| | Total | 11.2 | 425 | 4760 |

| | | | | |
|---|---|---|---|---|
| | Grand Total | 86.85 | 425 | 36911.25 |
| | With 5.7 Hour Adjustment | 81.15 | 425 | 34488.75 |