# ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

December 30, 2016

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Cummins v. City of New York, et al.*, 15-CV-0096 (NG)(PK)

Your Honor:

      I am one of the attorneys representing the plaintiff in the above-captioned action. I write to inform the Court that the parties have settled the issue of attorney's fees and costs under advisement at [23]. Accordingly, plaintiff withdraws his pending motion.

      Plaintiff respectfully requests until January 27, 2017 to file the executed settlement stipulation. I thank Your Honor for consideration of this request.

                                                               Yours truly,

                                                              /s

                                                              Robert Marinelli

cc:  ACC Daniel M. Braun
      Afsaan Saleem, Esq.